JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE M. AYERS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00565-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from July 11, 2022 to September 9, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  As Counsel has reported previously in many other cases in this district, Counsel for the Plaintiff underwent major orthopedic surgery on March 17, 2022. Although it has been over

three months, Counsel continues to work short periods throughout the day with significant breaks throughout. Counsel continues to attend physical therapy four days a week.

    Additionally, for the weeks of July 11, 2022 and July 18, 2022, Counsel for Plaintiff has 25 merit briefs, and reply briefs.

    Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                               Respectfully submitted,

Dated: June 27, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

                                    By: */s/ Jonathan Omar Pena*
                                       JONATHAN OMAR PENA
                                       Attorneys for Plaintiff

Dated: June 27, 2022        PHILLIP A. TALBERT
                                       United States Attorney
                                       PETER K. THOMPSON
                                       Acting Regional Chief Counsel, Region IX
                                       Social Security Administration

                                    By:  */s/ Patrick Snyder*
                                       Patrick Snyder
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant
                                       (*As authorized by email on June 27, 2022)

# **ORDER**

Pursuant to stipulation, and good cause appearing, Plaintiff's second request for an extension of time to file a Motion for Summary Judgment is GRANTED. Plaintiff shall file her Motion for Summary Judgment on or before September 9, 2022. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **June 28, 2022**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE