**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE M. AYERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1]<br><br>　　　　　Defendants. | No. 1:21-cv-0565 JLT BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, REVERSING THE DECISION OF THE ALJ, AND REMANDING THE MATTER FOR FURTHER PROCEEDINGS<br><br>(Docs. 24, 25, 27) |

　　　　The magistrate judge found the ALJ erred in evaluating the medical opinion of Plaintiff's treatment provider, and the ALJ's opinion was not supported by substantial evidence. (Doc. 27 at 4-8.) Therefore, the magistrate judge recommended Plaintiff's appeal be granted and the matter be remanded for further proceedings. (*Id.* at 8-9.) These Findings and Recommendations were served on the parties on February 1, 2023, and the Court informed them that any objections were to be filed within fourteen days of service. (*Id.* at 9.) The Court also advised the parties that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No objections were filed by either party and the deadline to do so has expired.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

1

According to 28 U.S.C. § 636 (b)(1)(c), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 1, 2023 (Doc. 27) are **ADOPTED** in full.
2. Plaintiff's appeal of the administrative decision (Doc. 24) is **GRANTED**.
3. The Commissioner's request to affirm the decision is (Doc. 25) **DENIED**.
4. The matter is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
5. The Clerk of the Court is directed to enter judgment in favor of Plaintiff Danielle M. Ayers, and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated:   **February 17, 2023**

UNITED STATES DISTRICT JUDGE